UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**HEBERT I. SAVOY, JR.**             **CASE NO. 6:24-CV-01341**

**VERSUS**                           **JUDGE DAVID C. JOSEPH**

**UNKNOWN DEFENDANTS, ET AL**        **MAGISTRATE JUDGE CAROL B. WHITEHURST**

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 12], determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION in the record;

IT IS ORDERED that this CIVIL RIGHTS COMPLAINT be DISMISSED WITH PREJUDICE as frivolous and for failing to state a claim for which relief may be granted.

THUS DONE AND SIGNED in Chambers this 9th day of July, 2025

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE